**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| GINA B. KROL, not individually but solely | ) | |
| as the Chapter 7 Trustee of the estate of SCP | ) | |
| MERCHANDISING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-00412 |
| v. | ) | |
| | ) | |
| CLOSET COLLECTION LLC D/B/A | ) | |
| GARMENT DECOR, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Elizabeth L. Janczak, certify that service of this summons and a copy of the complaint was made on December 29, 2025, by:

| | |
|---|---|
| ☒ | Mail Service:  Regular, first-Class United States mail, postage fully pre-paid, addressed to:<br><br>Closet Collection LLC d/b/a Garment Décor<br>c/o Martine Lado, Registered Agent<br>4778 W. Mission Blvd.<br>101<br>Montclair, CA 91762 |
| ☐ | Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: |
| ☐ | Residence Service: By leaving the process with the following adult at: |

| | |
|---|---|
| ☐ | Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: |
| ☐ | Publication: The defendant was served as follows: [Describe briefly] |
| ☐ | State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly] |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| Date: May 27, 2026 | Signature: */s/ Elizabeth L. Janczak* |
|---|---|

Print Name:   Elizabeth L. Janczak
Business Address:         Shelly A. DeRousse
                         Elizabeth L. Janczak
                         Sanjiv H. Sarma
                         SMITH GAMBRELL & RUSSELL LLP
                         155 North Wacker Drive, Suite 3000
                         Chicago, Illinois 60606
                         Telephone:  312.360.6000
                         Facsimile:  312.360.6520
                         sderousse@sgrlaw.com
                         ejanczak@sgrlaw.com
                         ssarma@sgrlaw.com

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **23–17423**
**SCP MERCHANDISING, LLC**

                                                                        Debtor

Adversary Proceeding No. **25–00412**
**GINA B KROL**

                                                                        Plaintiff

v.

**CLOSET COLLECTION LLC D/B/A GARMENT DECOR**

                                                                        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** CLOSET COLLECTION LLC D/B/A GARMENT DECOR

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney/Pro Se Plaintiff |
|---|
| **Elizabeth L Janczak** <br> **Smith, Gambrell & Russell, LLP** <br> **155 North Wacker Drive** <br> **Suite 3000** <br> **Chicago, IL 60606** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Courtroom 615, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom** <br> **By video, use link: https://www.zoomgov.com/** <br> **By telephone, call 1–669–254–5252 or 1–646–828–7666.** <br> **Enter the meeting ID 160 731 2971 and passcode 587656.** | **Status Hearing Date and Time** <br> **02/06/2026 at 11:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
**12 / 23 / 2025**



*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

**ILNB 2012**